AGNES McC. SCHWERIN, Respondent, *v.* JOSEPH SCHWERIN, Appellant.

Submitted April 17, 1944; decided May 18, 1944.

*Lawrence H. King* and *Sidney O. Raphael* for motion.
*Thomas D. Scoble, Jr.,* opposed.

Motion denied with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution. (*Turner* v. *Turner,* 285 N. Y. 740; *Livingston* v. *Livingston,* 222 N. Y. 526.)